No. 75–658. DIGGS ET AL. v. CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–662. GILMORE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–670. ACCURACY IN MEDIA, INC. v. NATIONAL BROADCASTING CO., INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–671. GANIE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–689. BURRAFATO ET UX. v. UNITED STATES DEPARTMENT OF STATE ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–703. BOWMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–719. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII ET AL. (BOYER ET AL., REAL PARTIES IN INTEREST) v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–726. AETNA FREIGHT LINES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 75–731. SUN OIL CO. ET AL. v. PUBLIC SERVICE COMMISSION OF NEW YORK ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–744. MIDLAND INDEPENDENT SCHOOL DISTRICT ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.